William H. Gamage, Esq.
Nevada Bar No. 9024
GAMAGE & GAMAGE
1775 Village Center Cir., Suite 190
Las Vegas, Nevada 89134
PH: (702) 550-1449
FX: (702) 901-6125
*Attorney for Defendant Ace R. Hart*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ACE R. HART,<br><br>Defendant. | CASE NO.: 2:13-cr-00127-APG-NJK<br><br>**STIPULATION TO CONTINUE HEARING ON PETITION FOR REVOCATION FROM SUPERVISED RELEASE**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and William Gamage, counsel for ACE HART that the hearing currently scheduled for February 28, 2018 at 9:00 am before the Honorable Judge Gloria Navarro be vacated and set to a date and time convenient to the Court but not earlier than March 8, 2018.

This Stipulation is entered into for the following reasons:

1. Defendant Hart is in custody but does not object to this continuance

2. Counsel have conferred and agree to this continuance in order to facilitate a scheduling conflict for Defendant' counsel that arose 3-4 days ago in taking a parental right revocation matter. The hearing on that issue is set on February 28, 2018 at 9:00 am in Nevada District Court.

3. Further, Defendant Counsel has not received a copy of Defendant Hart's PSR and requested same yesterday.

1

4. Counsel for the parties are conferring on potential negotiated resolutions to this matter which would benefit the court by making any extended hearing unnecessary.

5. Counsel for Defendant has not yet received Defendant Hart's underlying case file for the original charge of conviction or the prior violations. Accordingly denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare For Defendant Hart's matter.

5. This is the first stipulation to continue this hearing.

DATED THIS 27th day of Feb., 2018      DATED THIS 27th day of Feb., 2018

DAYLE ELIESON,      The Law Office of William Gamage
United States Attorney

                                               /s/ William H. Gamage, Esq.
By: _____      By: _____
    LISA CARTIER-GIROUX,                           WILLIAM H. GAMAGE, ESQ.
    Asst. United States Attorney                 Counsel to Ace Hart

|     |                                          |                                          |
| --- | ---------------------------------------- | ---------------------------------------- |
| 1   |                                          |                                          |
| 2   | **UNITED STATES DISTRICT COURT**         |                                          |
| 3   | **DISTRICT OF NEVADA**                   |                                          |

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>vs.<br><br>ACE R. HART,<br><br>          Defendant. | CASE NO.:   2:13-cr-00127-APG-NJK<br><br>**STIPULATION TO CONTINUE HEARING ON PETITION FOR REVOCATION FROM SUPERVISED RELEASE**<br>          **(FIRST REQUEST)** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Hart is in custody but does not object to this continuance

2. Counsel have conferred and agree to this continuance in order to facilitate a scheduling conflict for Defendant' counsel that arose 3-4 days ago in taking a parental right revocation matter. The hearing on that issue is set on February 28, 2018 at 9:00 am in Nevada District Court.

3. Further, Defendant Counsel has not received a copy of Defendant Hart's PSR and requested same yesterday.

4. Counsel for the parties are conferring on potential negotiated resolutions to this matter which would benefit the court by making any extended hearing unnecessary.

5. Counsel for Defendant has not yet received Defendant Hart's underlying case file for the original charge of conviction or the prior violations. Accordingly denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare For Defendant Hart's matter.

5. This is the first stipulation to continue this hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing in this matter.

**CONCLUSIONS OF LAW**

1. Denial of this request for a continuance would result in a miscarriage of justice.

2. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Hearing on the Petition for Revocation of Supervised release to a date on or after March 8, 2018 based upon the convenience of the Court.

**ORDER**

IT IS THEREFORE ORDERED that the Hearing on the Petition for Revocation of Supervised Release currently set on February 28, 2018 at 9:00 am be vacated and be set on the 20th day of March, 2018 at 10:00 a.m. in Courtroom 7D.

DATED this 28th day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

4